IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INACOM CORP. et al., | Case No. 00-2426 (PJW) |
| Debtors. | (Jointly Administered) |
| INACOM CORP., | |
| Plaintiff, | |
| v. | Civil Action No. 04-592 (GMS) |
| NEXTEL COMMUNICATIONS, INC., | |
| Defendant. | |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on March 1, 2005, a copy of **Defendant Nextel Communications, Inc.'s Second Set of Interrogatories and Requests for Production of Documents Directed to Plaintiff** was served on the counsel for the Plaintiff, Laura Davis Jones, Esquire and Sandra G. McLamb, Esquire, Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., 919 North Market Street, 16th Floor, Wilmington, Delaware 19899, via hand delivery and Steven Kahn, Esquire, Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California 90067-4100, via first class mail.

Dated: March 2, 2005

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____
Douglas N. Candeub, Esquire (#4211)
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email: dcandeub@morrisjames.com
Counsel for Defendant, Nextel Communications, Inc.

VAG/104430-0003/1092746/1