# Exhibit A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:  INACOM CORP., et al. | Bankruptcy Case No: 00-2426 (PJW) |
| INACOM CORP., on behalf of all affiliated Debtors, <br> v. <br> TECH DATA CORP., Defendant. | Civil Action No. 04-148 GMS <br> (Original filed in this Action) <br> Adversary Case No. 02-03496 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, <br> v. <br> DELL COMPUTER CORPORATION, Defendant. | Civil Action No. 04-582 GMS <br><br> Adversary No. 02-03499 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, <br> v. <br> LEXMARK INTERNATIONAL, INC., Defendant. | Civil Action No. 04-583 GMS <br><br> Adversary No. 02-03500 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, <br> v. <br> NEXTEL COMMUNICATIONS, INC., Defendant. | Civil Action No. 04-592 GMS <br><br> Adversary No. 02-03614 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, <br> v. <br> INGRAM ENTERTAINMENT INC., successor in interest to NASHVILLE COMPUTER LIQUIDATORS, Defendant. | Civil Action No. 04-593 GMS <br><br> Adversary Case No. 02-03960 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, <br> v. <br> SIGMA DATA., Defendant. | Civil Action No. 04-601 GMS <br><br> Adversary No. 02-04441 PJW |

## CERTIFICATE OF SERVICE

I, Rolanda L. Mori, being duly sworn according to law, deposes and says that I am an

employee of the law firm of Pachulski, Stang, Ziehl, Young, Jones, & Weintraub, P.C. and that

on this 3rd day of May, 2005, I caused a copy *Plaintiff's Disclosure of Expert Witnesses*

*Pursuant to Federal Rules of Civil Procedure Section 26(A)(2)(a)* be served upon the following

individuals in the following manner, via Federal Express, overnight delivery or electronic mail as

indicated on the attached Service List.

Dated:  May 4, 2005

Rolanda L. Mori

State of California        )
County of Los Angeles )

Subscribed and sworn to (or affirmed) before me on
this 4th day of May, 2005 by Roland L. Mori,
personally known to me or proved to me on the basis
of satisfactory evidence to be the person(s) who
appeared before me.

MYRA KULICK
Commission # 1423166
Notary Public - California
Los Angeles County
My Comm Expires Jul 5, 2007

Notary Public
My Commission Expires: 7-5-07

**InaCom Adversary Service List**
Document No. 105422
14 – First Class Mail
21 – Electronic Mail

*First Class Mail*
(Counsel for Tech Data Corp.)
James F. Harker, Esquire
Herlihy, Harker & Kavanaugh
1300 N. Market Street, Suite 400
Wilmington, DE 19899

*First Class Mail*
*(Counsel to Ingram Entertainment Inc., successor in interest to Nashville Computer Liquidators)*
Thomas Macauley, Esquire
Zuckerman Spaeder LLP
919 Market Street, Suite 1075
Wilmington, DE 19801

*First Class Mail*
*(Counsel for Statutory Committee Of Unsecured Creditors in action against Dell Corporation*
Earl Forte, Esq.
Blank, Rome, Comisky & McCauley LLP
One Logan Square
Philadelphia, PA 19103-3998

*First Class Mail*
*(Counsel for Lexmark International as third-party plaintiff)*
Thomas Whalen, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

*First Class Mail*
(Counsel to Dell Computer Corporation)
Patricia P. McGonigle, Esquire
Seitz Van Ogtrop & Green
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899

*First Class Mail*
(Counsel to Sigma Data Inc.)
David L. Finger, Esquire
David L. Finger, P.A.
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155

*First Class Mail*
*(Counsel for Compaq Computer Corp- third-party defendant in action against against Lexmark)*
Derek C. Abbott, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

*First Class Mail*
(Counsel for Lexmark International, defendant)
Joseph Grey, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

*First Class Mail*
(Counsel for Tech Data Corp.)
Charles Tatelbaum, Esquire
Adorno & Yoss, P.A.`
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301

*First Class Mail*
(Counsel to Dell Computer Corporation)
Sabrina L. Streusand, Esquire
Hughes & Luce, L.L.P.
111 Congress Avenue, Suite 900
Austin, TX 78701

*First Class Mail*
(Counsel to Lexmark International, Inc.)
Culver V. Halliday, Esquire
Stoll, Keenon, & Park, LLP
2650 AEGON Center
400 West Market
Louisville, KY 40202

*First Class Mail*
(Counsel to Ingram Entertainment Inc.)
John Hersey, Esquire
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626

**All Parties Listed Below Served Via Electronic Mail**

halliday@skp.com; cdumas@friedumspring.com; ggreenwood@friedumspring.com; dabbott@mnat.com; ctatelbaum@adorno.com; SHUNT@adorno.com; jonathan.hersey@bingham.com; Forte@BlankRome.com; dfinger@delawgroup.com; dhansen@friedumspring.com; landonj@HughesLuce.com; sabrina.streusand@HughesLuce.com; jpn@pszyjw.com; pmcgonigle@svglaw.com; tmacauley@zuckerman.com; tgw@stevenslee.com; jg@stevenslee.com; acaine@pszyjw.com;