IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INACOM CORP. et al., | ) | Case No. 00-2426 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |
| INACOM CORP. | ) | |
| | ) | Civil Action No. 04-592 (GMS)[2] |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NEXTEL COMMUNICATIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL OF COMPLAINT

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff Inacom Corporation and defendant Nextel Communications, Inc. hereby stipulate to the voluntary dismissal of the above-captioned adversary proceeding with prejudice.

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.

_____
Laura Davis Jones, Esquire (ID # 2436)
Sandra G. McLamb, Esquire (ID # 4283)
919 North Market Street, 16th Floor
Wilmington, Delaware 19899
Telephone: (302) 778-6401
          and
Steven Kahn, Esquire
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: (310) 277-6910
Email: skahn@pszyjw.com

Attorneys for plaintiff Inacom Corp.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____
Brett D. Fallon, Esquire (ID # 2480)
Douglas N. Candeub, Esquire (#4211)
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6800
E-Mail: bfallon@morrisjames.com
E-mail: dcandeub@morrisjames.com

Attorneys for Nextel Communications, Inc.

---

[2] Formerly Adv. Pro. No. 02-03614.

1133899/2